UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :
WINSON HO and JENNIFER BAGLEY,          :    No. 18-CV-9940 (DAB)
                                                          :
              Plaintiff,                        :    (Batts, J.)
                                                          :
    vs.                                         :
                                                          :
PIERPONT RESERVATIONS LIMITED and STEVEN   :
E. WINICK,                                      :
                                                          :
              Defendant.                       :
------------------------------------------------------------------------x

# DECLARATION OF JAMES NG

       I, James Ng, Esq., an attorney licensed to practice in the State of New York and before this Court, declare under penalty of perjury as follows:

       1.     I am an associate with O'Brien LLP, attorneys for Plaintiffs Winson Ho and Jennifer Bagley. I make this declaration in opposition to the Motion to Dismiss the Amended Complaint filed by Defendants Pierpont Reservations Limited ("Onefinestay" or "OFS") and Steven E. Winick ("Mr. Winick"). This declaration is based on personal knowledge, my involvement in these proceedings, and a review of records and other information.

       2.     A true and correct copy of the Amended Complaint dated January 18, 2019 is attached hereto as Exhibit 1.

       3.     True and correct copies of the Exhibits A-D to the Amended Complaint are attached hereto as Exhibit 2.

Dated: March 29, 2019
      New York, New York

                                        */s/ James Ng*
                                        James Ng, Esq.
                                        O'Brien LLP
                                        750 Lexington Avenue, 25th Floor
                                        New York, New York 10022
                                        Tel: (212) 729-9243
                                        Fax: (646) 205-3071
                                        jng@obrienllp.com