# EXHIBIT 2

# EXHIBIT A

# onefinestay

Your booking record, Jennifer Bagley

| Your details | Address | Dates and times | | More details |
|---|---|---|---|---|
| **Booking reference** <br> 2B9B5429 <br><br> **Guests** <br> Jennifer Bagley & 3 others |  | **Arrival appointment** <br> 16:20 <br> 30 June 2018 | **Departure time** <br> 11:00 <br> 7 July 2018 |  |

## Reaching the home

The home is located on the south side of Reade Street in between Hudson and Greenwich Streets. The exact address is ███████████████. A member of the onefinestay team will meet you in the lobby and escort you up to the home. When you arrive at the building, we will announce you with the doorman as guests of Cynthia in apartment 26L. Your names will be on the doorman's access list.



Call us on 1 212 906 9130 if you have any questions

## Before you leave

Bring a photo ID (passport or driver's licence) that corresponds to the lead guest's credit card – it's important that we confirm who's arrived at our hosts' homes.

Bring a credit card on which we'll pre-authorise the security deposit.

Read the home truths, terms and conditions and, if you're still burning with curiosity, our FAQs.

## Meet & Greet need to know

One of our Meet & Greet team will be waiting for you. If you can't reach them once you arrive, please call our team on 1 212 906 9130. Please do your best to provide us with a contact number so that we can reach you on arrival.

Your Meet & Greeter will introduce you to the home and our service.

They'll confirm the lead guest's ID and take a security pre-authorisation.

## Receipt

### Accommodation

| | |
|---|---|
| Price per night | $1,100.00 |
| Length of stay | 7 nights |
| **Total accomodation** | **$7,700.00** |

### Extras

| | |
|---|---|
| 5* linen and fluffy towels | free |
| Luxury toiletries | free |
| temporarybed (double) | $0.00 |
| **Total extras** | **$0.00** |
| **Sub total** | **$7,700.00** |
| New York sales & occupancy taxes | $1,188.26 |
| **Total payable** | **$8,888.26** |

## Home truths

- While there is no wardrobe available in the master bedroom or third bedroom, guests will be provided with a handy hanging rail and shelf.

- The bed in the third bedroom is a queen Murphy bed.

## Cancellation policy

Provided you book more than 7 days before the start of your stay, you can cancel within 24 hours of booking and we'll provide a full refund. Our flexible rate offers more flexibility for those who need it. Read our cancellation policy here. Please note bookings for Hamptons and French Riviera have a separate cancellation policy

**Early cancellation.** If you cancel at least 2 weeks before you are due to arrive, we will charge you 50% of the cost of your stay.

**Late cancellation.** We'll be as flexible as we can if you need to cancel. However, once you're within two weeks of the start of your stay, we can't refund your booking.

## Club rules

Booking with onefinestay means being part of a new era of hospitality. Like you, onefinestay homeowners believe there's a better way to experience a city. They trust us to provide our renowned hospitality in their homes, and our guests agree to honour these five simple rules.

- Treat others' homes as you would have them treat yours.

- If accidents happen, be the first to let us know.

- Be discreet and keep homeowners' names and addresses private.

- Respect the house rules and ensure that others do too.

- Be considerate of your neighbours—and no parties.

# EXHIBIT B





# EXHIBIT C

  

& Customer Service

rch Help    Go

lp Topics

on Cloud Cam

subscriptions
e or Cancel a
ription

solutions

Devices & Content
Deliver books, apps to your device

Digital Purchases
View purchased books & apps

Your Subscriptions
Edit payment info

1-Click Settings
Change your address

Digital & Device Forum
Ask the community

act Us

Amazon Device Support > Amazon Cloud Cam > Subscriptions >

# Amazon Cloud Cam Subscriptions

About Amazon Cloud Cam Subscriptions.

Video clips are available for 24 hours no additional cost. If you have a U.S. country of residence, you can purchase an Amazon Cloud Cam subscription to gain additional storage and access to features like person detection.

If you choose to upgrade to a paid subscription, you will receive access to:

**Person Detection:** If Amazon Cloud Cam detects a person in its field of view, you will receive a notification.

**Zones:** You can choose up to four areas, or "Zones," that your camera will ignore. Once set, your camera will not record activity within your zones. Any motion outside your zones will be recorded. Zones can be deleted and reset at any time from the settings menu.

**Additional Storage Time:** Depending which subscription plan you choose, clips will be available in your Cloud Cam app for seven, 14, or 30 days instead of the standard 24 hours.

**Increased Camera Registration Threshold:** Depending on which subscription plan you choose, you may be able to register additional cameras to your Cloud Cam app.

**Subscription Types**

The following subscription plans are available:

**Included with Purchase:** The plan that is included with the purchase of your Amazon Cloud Cam allows you to register up to three devices to a single Amazon account, includes the last 24 hours of video clip storage, and has access to Live view, motion-detection, and unlimited downloads and shares.

**Cloud Cam Basic Plan:** In addition to your benefits included with the device, the Basic plan allows you to register up to three devices to a single Amazon account, and includes the last seven days of video clip storage, person-detection, and Zones.

**Cloud Cam Extended Plan:** In addition to your benefits included with the device, the Extended plan allows you to register up to five devices to a single Amazon account, and includes the last 14 days of video clip storage, person detection, and Zones.

**Cloud Cam Pro Plan:** In addition to your benefits included with the device, the Pro plan allows you to register up to ten devices to a single Amazon account, and includes the last 30 days of video clip storage, person-detection, and Zones.

Related Help Topics

Purchase or Cancel an Amazon Cloud Cam Subscription

Was this information helpful?

Yes    No

Search Help    Go

# EXHIBIT D



onefinestay

Destinations | Our service | Bookings +1 855-553-4954 | Wishlist | Enquiries

Arrival date

Departure date

Request a booking

Ask a question

Contact us    +1 855-553-4954

Add to wishlist    Share

# Elm Loft

Tribeca, Manhattan

6 people    3 bedrooms    2 bathrooms

Request a booking

## Description

Good chemistry

∨ Show more

## Location



Appoximate location ⓘ

Arrival date

Departure date

Request a booking

Ask a question

Contact us       +1 855-553-4954

♡ Add to wishlist      ⬆ Share

## Features



## Families

- ✓ Babies welcome
- ✓ Children welcome
- ✓ Toddlers welcome
- ✗ Pets welcome

## Sleeps

👤 6 people     🛏 3 bedrooms

2 Single beds, 1 King size bed, 1 Murphy bed. Bed size chart

## Bathroom facilities

🛁 2 bathrooms

2 Baths, 2 Showers, 1 Bath with integrated shower, 3 Toilets

## Highlights

- ✓ Communal gym
- ✓ Roof terrace garden

## Amenities

- ✓ Air-conditioning
- ✓ Coffee machine
- ✓ Dishwasher
- ✓ Freezer
- ✓ Fridge
- ✓ Gas hob
- ✓ Hairdryer
- ✓ Iron and ironing board
- ✓ Kettle
- ✓ Microwave
- ✓ Oven
- ✓ Satellite or cable
- ✓ TV
- ✓ Toaster
- ✓ Towels
- ✓ Washing machine
- ✓ Wifi
- ✗ Built-in fans
- ✗ Music player
- ✗ Safe

**Arrival date**

**Departure date**

Request a booking

Ask a question

Contact us     +1 855-553-4954

♡ Add to wishlist     ⬆ Share



Home truths

- While there is no wardrobe available in the master bedroom or third bedroom, guests will be provided with a handy hanging rail and shelf.
- The bed in the third bedroom is a queen Murphy bed.

Policies

- Cancellation. Provided you book more than 7 days before the start of your stay, you can cancel your booking within 24 hours and we'll provide a full refund. Our flexible rate offers more flexibility for those who need it. Read our cancellation policy here. Please note bookings for Hamptons and French Riviera have a separate cancellation policy.

- Check-in and check-out. We'll meet you at the home at your convenience any time after 4PM on your arrival date, and our standard check-out time is 11AM. Early check-in and late check-out can be arranged in advance, subject to availability and a charge.

- Lead guest. The lead guest must be at least 25 years of age.

- I.D. check and card authorisation. When you arrive we'll check the lead guest's I.D. and secure a £1,000 hold on a credit or debit card which will be released once we confirm no damage was caused during your stay.

- Smoking. Guests are not permitted to smoke inside any onefinestay home.

- Cleaning. We carefully clean and prepare each home before you arrive and after you depart, and for stays longer than seven days we provide a complimentary weekly Housekeeping service. More frequent Housekeeping visits can be arranged on request, subject to availability and a charge.

- Payment. We accept Visa, Mastercard and American Express, and bank transfers for stays with at least 7 days' notice.

For more detail on our policies read the FAQ.



Arrival date

Departure date

Request a booking

Ask a question

Contact us            +1 855-553-4954

Add to wishlist          Share

    

Top Destinations

Caribbean
Hawaii
London
Los Angeles
New York
Paris
Rome

Experience

Our service
Guest testimonials
Press coverage

About

About onefinestay
The team
FAQs

Get in touch

Enquiries
1-855-553-4954
Contact us

Work with us

Jobs
Press room
Travel agency partners
Be a homeowner

Policies

Cancellation policy
Website terms of use
Terms and conditions
Privacy policy

Set your currency

$ USD

Prices shown here are approximate conversions from local currency